In the Matter of the Application for Permission to Sue SAMUEL C. PULIS, as Receiver of Rents and Profits of Premises 38–40 Johnson Avenue, Brooklyn, New York, Receiver, Appellant, or in the Alternative, for an Order Permitting SAMUEL C. PULIS, Receiver of Said 38–40 Johnson Avenue, Brooklyn, New York, to Make Certain Payments to the HEATING AND PLUMBING FINANCE CORPORATION, Respondent.— Order modified by striking out the provisions directing payment by the receiver, and by inserting therein a provision granting leave to respondent to sue the receiver, and as so modified affirmed, without costs. We are of opinion that, in the circumstances shown, the respondent should proceed by action against the receiver to establish its claim. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.

In the Matter of the Application of REALTY ASSOCIATES SECURITIES CORPORATION, under Section 1077-c of the Civil Practice Act, Appellant, for an Order Directing H. L. F. REALTY Co., INC., Respondent, to Turn over the Surplus of Rents of the Mortgaged Premises, over and above Taxes, Interest and Carrying Charges, Which Premises Are Situate at the Southeast Corner of Brighton Beach Avenue and Hubbard Street, Borough of Brooklyn, County of Kings, City and State of New York.— Order, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Carswell and Tompkins, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of REALTY ASSOCIATES, INC., and BROOKLYN TRUST COMPANY, under Section 1077-c of the Civil Practice Act, Appellants, for an Order Directing H. L. F. REALTY Co., INC., Respondent, to Turn over the Surplus of Rents of the Mortgaged Premises, over and above Taxes, Interest and Carrying Charges, Which Premises Are Situate at the Southeast Corner of Brighton Beach Avenue and Coney Island Avenue, Borough of Brooklyn, County of Kings, City and State of Now York.— Order, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Carswell and Tompkins, JJ.; Lazansky, P. J., not voting.

In the Matter of the Probate of the Last Will and Testament of HARRY W. WHITED, Deceased. CHESTER WHITED and Another, Appellants; JENNIE M. JENKINS and Another, as Executors, etc., of HARRY W. WHITED, Deceased, Respondents.* — Decree of the Surrogate's Court of Westchester county affirmed, with costs, payable out of the estate, to all parties filing briefs. (*Matter of Taylor*, 230 Penn. St. 346.) Lazansky, P. J., Kapper, Carswell and Tompkins, JJ., concur; Hagarty, J., dissents, being of opinion that the question as to whether the testator subscribed the document at the end, pursuant to the statutory requirements, should have been submitted to the jury. (Dec. Est. Law, § 21; *Matter of Tyner*, 138 Misc. 192; *Matter of Ficken*, 143 id. 407, 409; *Sisters of Charity* v. *Kelly*, 67 N. Y. 409, 416; *Matter of Hewitt*, 91 id. 261; *Matter of Andrews*, 162 id. 1.)

MARANTHA KNAPP, as Administratrix, etc., of JOSEPH V. KNAPP, Deceased, Respondent, v. THE NEW JERSEY AND NEW YORK RAILROAD COMPANY, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

---

* Affd., 266 N. Y. —.